THE STATE, EX REL. BROWN, ATTORNEY GENERAL, ET AL., *v.*
RHODES, GOVERNOR, ET AL.

[Cite as State, ex rel. Brown, v. Rhodes (1976),
46 Ohio St. 2d 33.]

(No. 75-199—Decided April 21, 1976.)

*Mr. William J. Brown,* attorney general, *Mr. Robert H. Olson, Jr., Mr. Thomas V. Martin* and *Mr. Peter D. Kinder,* for relators.

*Messrs. Crabbe, Brown, Jones, Potts & Schmidt, Mr. William L. Schmidt* and *Mr. Ira Owen Kane,* for respondents.

*Per Curiam.* In view of this court's decision in *Maloney* v. *Rhodes* (1976), 45 Ohio St. 2d 319, the instant cause is dismissed, *sua sponte*, as being moot.

*Cause dismissed.*

O'NEILL, C. J., HERBERT, CORRIGAN, STERN, CELEBREZZE, W. BROWN and P. BROWN, JJ., concur.